

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MWG/DR/RMS
F. #2020R00964

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 26, 2023

By FedEx

Jim Miskiewicz, Esq.
Todd Kaminsky, Esq.
Greenberg Traurig, LLP
900 Stewart Avenue, Suite 505
Garden City, NY 11530

      Re:    United States v. Brandon Belmonte
                 Criminal Docket No. 23-313 (BMC)

Dear Counsel:

      Enclosed please find the government's supplemental production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure.  This discovery supplements the discovery provided on  August 15, 2023, and August 25, 2023.  The material in this production is subject to the Protective Order entered by the Court on October 20, 2023 (ECF No. 15).

      Specifically, the following materials are enclosed:

| | |
|---|---|
| BB_0000007644-BB_0000007790 | People's United records |
| BB_0000007791-BB_0000008332 | Ally Bank Records |
| BB_0000008333-BB_0000008431 | Webster Bank records and business records |
| BB_0000008432-BB_0000008656 | Woodside Credit Union records |
| BB_0000008657-BB_0000008715 | Transunion Consumer Credit Report for Brandon Belmonte |
| BB_0000008716-BB_0000008716 | People's United records for Allied Enterprises 36 Inc. |
| BB_0000008717-BB_0000008740 | Key Bank records for Brandon Belmonte |
| BB_0000008741-BB_0000009192 | JP Morgan Chase records |
| BB_0000009193-BB_0000009220 | Experian Consumer Credit Reports |
| BB_0000009221-BB_0000009382 | BMW Financial records and business records certification |

| | |
|---|---|
| BB_0000009383-BB_0000009405 | Transunion Consumer Credit Report |
| BB_0000009406-BB_0000009409 | Verizon records |
| BB_0000009410-BB_0000009433 | Photos from New Jersey Turnpike Authority of Range Rover license plate Y23LSK |
| BB_0000009434-BB_0000009519 | TD Bank records and business records certification for Soho 36 Inc |
| BB_0000009520-BB_0000009630 | Verizon records for telephone number (786) 501-1805 |
| BB_0000009631-BB_0000009694 | Equifax Consumer Credit Reports |
| BB_0000009695-BB_0000009934 | Bank of Stockton records |
| BB_0000009935-BB_0000009945 | Experian Consumer Credit Reports |
| BB_0000009946- BB_0000009974 (ADD) | U.S. Bank records |
| BB_00000009975-BB_00000010041 | Instagram records for various account numbers |
| BB_00000010042-BB_00000010051 | JPMorgan Chase records |
| BB_00000010052-BB_00000010083 | PNC Bank records for |
| BB_00000010084-BB_00000010095 | T-Mobile records and business records certification for telephone number (786) 501-0004 |
| BB_00000010096-BB_00000010186 | Kearny Bank records |
| BB_00000010187-BB_00000011273 | Bank of America records for |
| BB_00000011274-BB_00000011318 | GM Financial records for telephone number (917) 982-3886 |
| BB_00000011319-BB_00000011321 | Mercedes Benz records |
| BB_00000011322-BB_00000011775 | Navy Federal Credit Union records |
| BB_00000011776-BB_00000011889 | Investors Bank records |
| BB_00000011890-BB_00000012021 | Ally Bank records |
| BB_00000012022-BB_00000013027 | M&T Bank records |
| BB_00000013028-BB_00000013048 | Wells Fargo records |
| BB_00000013049-BB_00000013063 | GM Financial audio recordings |
| BB_00000013064-BB_00000013251 | Capital One records |
| BB_00000013252-BB_00000013274 | GM Financial audio recordings |
| BB_00000013275-BB_00000013286 | Investors Bank records |
| BB_00000013287-BB_00000013335 | Citizen's Bank records |
| BB_00000013336-BB_00000013407 | BMW Financial records and business records certification |
| BB_00000013408-BB_00000013437 | Verizon Wireless records for telephone number (631) 335-7149 |
| BB_00000013438-BB_00000013497 | PenFed Credit Union records |
| BB_00000013498-BB_00000013506 | Small Business Administration Economic Injury Loans records for Brandon Belmonte and Allied Enterprises 36 Inc. |
| BB_00000013507-BB_00000013631 | Santander Bank records |

| | |
|---|---|
| BB_00000013632-BB_00000013636 | Bank of America records for Gold Coast Exotic Imports LLC |
| BB_00000013637-BB_00000013638 | Wells Fargo records |
| BB_00000013646-BB_00000013658 | AT&T records |
| BB_00000013659-BB_00000013660 | Lumen (Century Link) records for telephone (786) 207-1676 and (201) 308-8200 |
| BB_00000013661-BB_00000013723 | Bank of America records |
| BB_00000013724-BB_00000013727 | Avis Records for Jeep with license plate HLFX41 |
| BB_00000013728-BB_00000013730 | Verizon Wireless records for telephone number 718-204-7722 |
| BB_00000013731-BB_00000013749 | Sprint records for telephone number (516) 984-1448, (516) 850-5264, (201) 997-4984, (215) 767-8422, and (347) 398-2775 |
| BB_00000013750-BB_00000013754 | Verizon Wireless records |
| BB_00000013755-BB_00000013760 | Google records associated with account ID 49224256518 |
| BB_00000013761-BB_00000013800 | Wells Fargo Home Mortgage records |
| BB_00000013801-BB_00000013973 | PNC Bank records |
| BB_00000013974-BB_00000013976 | Bank of America photographs and videos |
| BB_00000013977-BB_00000013977 | Apple records for emails vipnyc36@gmail.com, steakinc36@gmail.com, and allied.construction@aol.com |
| BB_00000013798-BB_00000014690 | TD Bank records |
| BB_00000014691-BB_00000014753 | Affinity Federal Credit Union records |
| BB_00000014754-BB_00000014763 | Blumberg Corporate Services records for email address bb@goempirewine.com |
| BB_00000014764-BB_00000014787 | Transunion Consumer Credit Reports |
| BB_00000014788-BB_00000016005 | JP Morgan Chase records |
| BB_00000016006-BB_00000016008 | Wells Fargo records |
| BB_00000016009-BB_00000016010 | Oath Inc Records for email addresses allied.construction@aol.com, brandon@aol.com, arncopc@aol.com, lisa.caban@yahoo.com |
| BB_00000016011-BB_00000016011 | JP Morgan Chase records |
| BB_00000016012-BB_00000016015 | Securian Casualty Company records |
| BB_00000016016-BB_00000016017 | Google records associated with email addresses sokolcekaj86@gmail.com & barasamb78@gmail.com |
| BB_00000016018-BB_00000016044 | U.S. Bank records |
| BB_00000016045-BB_00000016069 | T-Mobile records and business records certification for various telephone numbers |
| BB_00000016070-BB_00000016090 | T-Mobile records for telephone numbers (224) 499-2433, (347) 572-1805, (347) 740-3459, |

| | |
|---|---|
| | (424) 279-0647, (681) 621-8413, (713) 885-1692, (929) 304-3303, and (929) 325-6790 |
| BB_00000016091-BB_00000016092 | Google records for email addresses vipnyc88@gmail.com, vgjekaj134@gmail.com, cheikhounasamb7@gmail.com, davidblau17@gmail.com, david@bluecaprealty.com, furkankosar@gmail.com, and steakinc36@gmail.com |
| BB_00000016093-BB_00000017003 | Verizon wireless records for telephone number (347) 880-2842 |
| BB_00000017004-BB_00000017084 | Transunion Consumer Credit Reports |
| BB_00000017085-BB_00000017724 | Bank of America records |
| BB_00000017725-BB_00000018628 | Ally Bank records |
| BB_00000018629-BB_00000018688 | Bank of America video manager records |
| BB_00000018689-BB_00000020366 | AT&T records for telephone numbers (917) 678-3439 and (914) 414-5034 |
| BB_00000020367-BB_00000020371 | Sprint records for (347) 398-2775 |
| BB_00000020372-BB_00000020381 | Wells Fargo records |
| BB_00000020382-BB_00000020393 | Facebook records |
| BB_00000020394-BB_00000020394 | Global Cloud Fleet records for telephone number (786) 501-0004 |
| BB_00000020395-BB_00000020482 | Bank of America records |
| BB_00000020483-BB_00000020518 | JP Morgan Chase records |
| BB_00000020519-BB_00000020519 | Apple records for telephone number (860) 866-7841 |
| BB_00000020520-BB_00000020521 | Verizon records for telephone number (917) 495-3574 |
| BB_00000020522-BB_00000020522 | CSC Holdings records |
| BB_00000020523-BB_00000020524 | T-Mobile records |
| BB_00000020525-BB_00000020533 | Facebook records |
| BB_00000020534-BB_00000020537 | Square, Inc. records |
| BB_00000020538-BB_00000020555 | New Jersey Turnpike Authority records |
| BB_00000020556-BB_00000020779 | Early Warning Services records |
| BB_00000020780-BB_00000020894 | BMW Financial Services |
| BB_00000020895-BB_00000035013 | JP Morgan Chase records |
| BB_00000035014-BB_00000035026 | Bank of America records |
| BB_00000035027-BB_00000035133 | Ally Bank records |
| BB_00000035134-BB_00000035488 | Citibank records |
| BB_00000035489-BB_00000035520 | Port Authority of NY & NJ records |
| BB_00000035521-BB_00000035525 | CSC Holdings LLC records for telephone number (516) 466-3276 |
| BB_00000035526-BB_00000035650 | Bank of America records for various account numbers |

| | |
|---|---|
| BB_00000035651-BB_00000035725 | BMW Financial Service records |
| BB_00000035726-BB_00000035730 | Wells Fargo Bank records |
| BB_00000035731-BB_00000035810 | US Bank records |
| BB_00000035811-BB_00000035831 | Bank of America records |
| BB_00000035832-BB_00000035832 | Bank of America records |
| BB_00000035833-BB_00000035833 | Bank of America records |
| BB_00000035834-BB_00000036131 | People's United Bank records |
| BB_00000036132-BB_00000036132 | Google records |
| BB_00000036133-BB_00000036143 | T-Mobile records for telephone numbers (786) 501-0004 |
| BB_00000036144-BB_00000036147 | Bank of America records for VIP Cars NYC |
| BB_00000036148-BB_00000036210 | Blumberg Excelsior Corporate Services for Allied Enterprises 36 Inc., Soho 36 In.c, and Gotham Auto Enterprises Inc., VIP Cars NYC Inc., and Empire Miami 36 Inc. |
| BB_00000036211-BB_00000036256 | Instagram records |
| BB_00000036257-BB_00000038401 | JPMorgan Chase records |
| BB_00000038402-BB_00000038404 | Bank of America records |
| BB_00000038405-BB_00000038521 | Bank of America records |
| BB_00000038522-BB_00000038525 | Instagram records |
| BB_00000038526-BB_00000038526 | Capital One records |
| BB_00000038527-BB_00000038528 | Bank of America records |
| BB_00000038529-BB_00000038559 | Bank of America records |
| BB_00000038560-BB_00000038560 | Bank of America surveillance video with deposits into account ending in 4419 |
| BB_00000038561-BB_00000038562 | Bank of America video footage |
| BB_00000038563-BB_00000038563 | Bank of America records |
| BB_00000038564-BB_00000038564 | ETrade Securities LLC records for Brandon Belmonte |
| BB_00000038565-BB_00000038566 | Bank of America records |
| BB_00000038567-BB_00000038567 | Wells Fargo records for various account numbers |
| BB_00000038568-BB_00000038808 | Columbia Bank records |
| BB_00000038809-BB_00000038810 | Bank of America records |
| BB_00000038811-BB_00000038814 | Charter Communications records for telephone number (201) 569-0065 |
| BB_00000038815-BB_00000038815 | Bright Link records for telephone number (917) 746-3249 |
| BB_00000038816-BB_00000038822 | CSC Holdings records for telephone numbers (516) 946-0405, (516) 227-2200, (516) 367-9600, (631) 803-8908, (631)956-1515, (718) 597-1777, (718) 684-5300, (914) 968-9301, and (631)665-1298, |

5

| | |
|---|---|
| BB_00000038823-BB_00000038826 | Lumen Technologies records for telephone numbers (201) 556-2425 and (516)357-0457, |
| BB_00000038827-BB_00000038828 | Vonage records for telephone numbers (201) 822-4322 and (201) 822-4870 |
| BB_00000038829-BB_00000038975 | Windstream records for telephone numbers (786) 501-5062, (212) 563-5568, and (212)564-4705 |
| BB_00000038976-BB_00000038977 | Verizon records |
| BB_00000038978-BB_00000038979 | T-Mobile records |
| BB_00000038980-BB_00000038984 | JPMorgan Chase records a |
| BB_00000038985-BB_00000038987 | Bank of America records |
| BB_00000038988-BB_00000039213 | Woodside Credit Union records |
| BB_00000039214-BB_00000039216 | T-Mobile records associated with Brandon Belmonte |
| BB_00000039217-BB_00000040375 | Ally Bank records |
| BB_00000040376-BB_00000040509 | Instagram records |
| BB_00000040510-BB_00000040516 | PenFed Credit Union email correspondence |
| BB_00000040517-BB_00000040528 | Cox Communications records for telephone number (860) 529-9000 |
| BB_00000040529-BB_00000040537 | T-Mobile records associated with Brandon Belmonte |
| BB_00000040538-BB_00000040543 | AOL records associated with account bingokosherwine@aol.com |
| BB_00000040544-BB_00000040545 | City of Torrington records |
| BB_00000040546-BB_00000040549 | Sprint records |
| BB_00000040550-BB_00000040557 | PenFed Credit Union email correspondence |
| BB_00000040558-BB_00000040559 | Sprint records |
| BB_00000040560-BB_00000040561 | Autoexcel records for telephone numbers (201) 470-1122 and (347)880-2842 |
| BB_00000040562-BB_00000040562 | BMW Records associated |
| BB_00000040563-BB_00000040975 | Equifax Consumer Credit Reports |
| BB_00000040976-BB_00000041186 | Transunion Consumer Credit Reports |
| BB_00000041187-BB_00000041236 | Experian Consumer Credit Reports |
| BB_00000041237-BB_00000041240 | AT&T records |
| BB_00000041241-BB_00000041246 | Bank of America records |
| BB_00000041247-BB_00000041253 | Luxury Lease Partners records |
| BB_00000041254-BB_00000041256 | PenFed Credit Union records |
| BB_00000041257-BB_00000041318 | Credit Acceptance corps records for account number 99498748 |
| BB_00000041319-BB_00000041443 | Navy Federal Credit Union records |
| BB_00000041444-BB_00000041444 | Truist Bank records |
| BB_00000041445-BB_00000041445 | Google records for Brandon Belmonte |
| BB_00000041446-BB_00000041545 | Westlake Financial Services records |

| | |
|---|---|
| BB_00000041546-BB_00000041963 | JP Morgan Chase records |
| BB_00000041964-BB_00000041964 | Lamborghini Financial Services records |
| BB_00000041965-BB_00000043673 | Ally Bank records |
| BB_00000043674-BB_00000043829 | US Bank records |
| BB_00000043830-BB_00000043899 | Wells Fargo records |
| BB_00000043900-BB_00000043900 | Flagship Credit Acceptance records |
| BB_00000043901-BB_00000043991 | Bank of Stockton records |
| BB_00000043992-BB_00000044013 | Affinity Federal Credit Union |
| BB_00000044014-BB_00000044308 | Woodside Credit Union records |
| BB_00000044309-BB_00000044309 | Capital One records |
| BB_00000044310-BB_00000044389 | GM Financial Records |
| BB_00000044390-BB_00000044390 | Luxury Lease Partners records |
| BB_00000044391-BB_00000044394 | Truist Bank records |
| BB_00000044395-BB_00000044395 | Wells Fargo loan statements |
| BB_00000044396-BB_00000044454 | Wells Fargo records |
| BB_00000044455-BB_00000045430 | BMW Financial Services records |
| BB_00000045431-BB_00000045540 | Citizen's Bank records |
| BB_00000045541-BB_00000045667 | Teacher's Federal Credit Union records |
| BB_00000045668-BB_00000045670 | Flagship Credit Acceptance records |
| BB_00000045671-BB_00000045678 | Westlake Financial Services records |
| BB_00000045679-BB_00000045689 | Mercedes Benz records |
| BB_00000045690-BB_00000045691 | Citizen's Bank records |
| BB_00000045692-BB_00000045692 | BMW Financial services records |
| BB_00000045693-BB_00000045693 | Bank of Stockton records |
| BB_00000045694-BB_00000045706 | Santander Consumer records |
| BB_00000045707-BB_00000045805 | Bank of America records |
| BB_00000045806-BB_00000045850 | Garden Savings Federal Credit Union records |
| BB_00000045851-BB_00000045855 | Santander records |
| BB_00000045856-BB_00000045882 | New York Department of State, Division of Corporations records |
| BB_00000045883-BB_00000045891 | Ally Bank records |
| BB_00000045892-BB_00000046330 | Equifax Consumer Credit Reports |
| BB_00000046331-BB_00000046366 | Experian Consumer Credit Reports |
| BB_00000046367-BB_00000046520 | Transunion Consumer Credit Reports |
| BB_00000046521-BB_00000046545 | Driverz Financial records |
| BB_00000046546-BB_00000046957 | Ally Bank records |
| BB_00000046958-BB_00000047016 | Affinity Federal Credit Union |
| BB_00000047017-BB_00000047017 | Truist Bank Records |
| BB_00000047018-BB_00000047078 | US Bank records |
| BB_00000047079-BB_00000047080 | Huntington National Bank records |
| BB_00000047081-BB_00000047082 | Bank of America records |

| | |
|---|---|
| BB_00000047083-BB_00000047263 | JP Morgan Chase records |
| BB_00000047264-BB_00000047265 | Truist Bank records |
| BB_00000047266-BB_00000047274 | Mercedes Benz records |
| BB_00000047275-BB_00000047331 | TD Bank records |
| BB_00000047332-BB_00000047333 | Wells Fargo records |
| BB_00000047334-BB_00000047489 | Andrews Federal Credit Union records |
| BB_00000047490-BB_00000047490 | GM Financial records |
| BB_00000047491-BB_00000047496 | Mercedes Benz records |
| BB_00000047497-BB_00000047506 | T-Mobile records |
| BB_00000047507-BB_00000047507 | PSEG Services Corporation records for telephone number (973) 699-4519 |
| BB_00000047508-BB_00000047535 | Whatsapp messages |
| BB_00000047536-BB_00000047631 | Materials associated with telephone number 845-422-1529 |
| BB_00000047632-BB_00000047665.pdf | Brandon Belmonte materials from interview on July 18, 2022 |
| BB_00000047666-BB_00000047667.pdf | Recorded calls and texts between Yonkers Police Department Detective and Brandon Belmonte |
| BB_00000047668-BB_00000047670.pdf | Brandon Belmonte's Attorney proffer materials from proffer on September 20, 2022 |
| BB_00000047671-BB_00000047673.pdf | Apple iPhone collected from Belmonte's attorney on September 26, 2022 |
| BB_00000047674-BB_00000047676.pdf | Brandon Belmonte's Attorney Proffer materials from proffer on September 28, 2022 |
| BB_00000047677-BB_00000047679.pdf | Apple iPhone materials collected from Brandon Belmonte on October 3, 2022 |
| BB_00000047680-BB_00000047685.msg | Supplemental materials provided by Brandon Belmonte's attorney |
| BB_00000047686-BB_00000047726.pdf | Daniel Rustin Vehicle Leasing Agreement |
| BB_00000047727-BB_00000047728.pdf | Jim Moscatello Email re Brandon Belmonte on November 9, 2022 |
| BB_00000047729-BB_00000047746.pdf | Melanie Trogolo Vehicle Purchase Agreement |
| BB_00000047747-BB_00000047759.pdf | Email from Avi Rubin including supplemental materials |
| BB_00000049134-BB_00000049157 | Arrest of Brandon Belmonte |
| BB_00000047786-BB_00000047903.wav | Insurance claims records |
| BB_00000047904-BB_00000048269.pdf | Insurance claims records |
| BB_00000048270-BB_00000048488.pdf | Insurance claims records |
| BB_00000048489-BB_00000048528.pdf | Insurance claims records |
| BB_00000048529-BB_00000048738.jpg | Insurance claims photographs |
| BB_00000048739-BB_00000048905.pdf | Farmers Insurance records |
| BB_00000048906-BB_00000048919.mp4 | Progressive Insurance denial of insurance claims in the name of Allied Enterprises |

| | |
|---|---|
| BB_00000048920-BB_00000049087.pdf | Farmers Insurance records |
| BB_00000049088-BB_00000049089.xls | Historical call detail records for telephone number (786) 501-0004 |
| BB_00000049090-BB_00000049096.pdf | Historical call detail records for telephone number (786) 501-0004 |
| BB_00000049097-BB_00000049101.pdf | Historical call detail records for telephone number (786) 501-0004 |
| BB_00000049102-BB_00000049102.xls | Historical call detail records for telephone number (786) 501-0004 |
| BB_00000049103-BB_00000049104.xls | Historical call detail records for telephone number (786) 501-0004 |
| BB_00000049105-BB_00000049105.zip | Historical call detail records for telephone number (914) 414-5034 |
| BB_00000049106-BB_00000049107.xlsx | Historical call detail records for telephone number (805) 670-7077 |
| BB_00000049108-BB_00000049108.xls | Historical call detail records for telephone number (786) 501-0004 |
| BB_00000049109-BB_00000049110.xls | Historical call detail records for telephone number (786) 501-0004 |
| BB_00000049111-BB_00000049112.xls | Historical call detail records for telephone number (786)-501-0004 |
| BB_00000049113-BB_00000049114.xls | Historical call detail records for telephone number (805) 670-7077 |
| BB_00000049115-BB_00000049115.xls | Historical call detail records for telephone number (347) 398-2775 |
| BB_00000049116-BB_00000049121.xls | Historical call detail records for telephone number (805) 670-7077 |
| BB_00000049122-BB_00000049122.zip | Progressive Advanced Insurance Company Records for Brandon Belmonte |
| BB_00000049123-BB_00000049123.zip | Farmers 70027267311 Documents |
| BB_00000049158-BB_00000049158 | Body Worn Camera footage collected |
| BB_00000049159-BB_00000049164 | Brandon Belmonte interview notes from May 7, 2013 |
| BB_00000049165-BB_00000049167 | Brandon Belmonte text messages sent to SA Kottmeier on November 1, 2020 |
| BB_00000049168-BB_00000049169 | Brandon Belmonte text messages sent to SA Kottmeier on November 5, 2020 |
| BB_00000049170-BB_00000049172 | Historical call detail records for telephone number (786) 501-0004 |
| BB_00000049173-BB_00000049176 | Brandon Belmonte interview notes from November 20, 2020 |
| BB_00000049177-BB_00000049180 | Brandon Belmonte interview notes from December 2, 2020 |
| BB_00000049181-BB_00000049188 | Brandon Belmonte interview notes from January 15, 2021 |

| | |
|---|---|
| BB_00000049189-BB_00000049191 | Brandon Belmonte interview notes from January 13, 2021 |
| BB_00000049192-BB_00000049202 | Historical call detail records for telephone number (786) 501-0004 |
| BB_00000049203-BB_00000049203 | Historical call detail records for telephone number (786) 501-0004 |
| BB_00000049204-BB_00000049206 | Brandon Belmonte interview notes from June 16, 2021 |
| BB_00000049208-BB_00000049227 | Subscriber information and historical call detail records for telephone number (786) 501-0004 |
| BB_00000049228-BB_00000049231 | Brandon Belmonte interview notes from March 28, 2022 |
| BB_00000049232-BB_00000049278 | Brandon Belmonte interview notes from June 8, 2022 |
| BB_00000049279-BB_00000049282 | Brandon Belmonte interview notes from May 10, 2022 |
| BB_00000049283-BB_00000049296 | Brandon Belmonte interview notes from June 15, 2022 |

The government renews its request for reciprocal discovery from the defendant.

If you have any questions or requests regarding discovery, please do not hesitate to contact us.

Very truly yours,

BREON PEACE
United States Attorney

By: _____/s/_____
Michael W. Gibaldi
Dana Rehnquist
Rebecca M. Schuman
Assistant U.S. Attorneys
(718) 254-6067/6029/7202

cc:    Clerk of the Court (BMC) (by ECF) (without enclosures)

10