UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

      v.

BRANDON BELMONTE,

      Defendant.

1:23-cr-313 (BMC)

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that GUY PETRILLO of Petrillo Klein & Boxer LLP hereby appears on behalf of Brandon Belmonte in the above-captioned action and requests that all notices given or required to be given in this case and all papers served or required to be served be delivered to the undersigned at the address, telephone number, and email address indicated below.

I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
      April 8th, 2024

                                          */s/ Guy Petrillo*
                                          Guy Petrillo
                                          PETRILLO KLEIN & BOXER LLP
                                          655 Third Avenue, 22nd Floor
                                          New York, NY 10017
                                          Tel.: 212-370-0331
                                          gpetrillo@pkbllp.com